UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **LAWRENCE MAHER,** )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant** ) | Civil No.   09-321-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 2) filed July 23, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's 28 U.S.C. § 2255 Motion (Docket No. 1) is **DISMISSED** without prejudice.

                                                         /s/ George Z. Singal
                                                       United States District Judge

Dated this 17th day of August, 2009.